UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON JULY 19, 2018**


CASE NO.:   18-57289-PMB

DEBTOR:    AMAZETTA S. GUEH

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT AND

WHETHER DEBTOR HAS RETURNED A COMPLETED BUSINESS PACKET.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT AND DEBTOR HAS FAILED TO

RETURN A COMPLETED BUSINESS PACKET.

PLEASE ENTER AN ORDER OF DISMISSAL.


August 8, 2018


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575


Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

18-57289-PMB


## CERTIFICATE OF SERVICE


This is to certify that I have this day served


DEBTOR:

Amazetta Sata Gueh
4867 Wycliffe Drive
Stone Mountain, GA 30087

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by
depositing same in the United States Mail in a properly addressed
envelope with adequate postage thereon.

This __8th _____ day of August, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575


Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444